# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CEDAR RAPIDS DIVISION

| | |
|---|---|
| U.S EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | |
| Plaintiff, | No. 17-CV-129-LRR |
| vs. | **ORDER TO SEAL DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| CRST INTERNATIONAL, INC.; CRST EXPEDITED, INC., | |
| Defendant. | |

_____

Before the Court is plaintiff's unopposed motion to seal defendants' Motion for Summary Judgment (Doc. 54) to prevent disclosure of sensitive information to the public. (Doc. 55). Plaintiff requests that the Court seal the document because it contains confidential medical information and psychiatric records of the charging party, Leon Laferriere. (*Id.*). Plaintiff's motion was timely filed in accordance with the Protective Order in this matter. (Doc. 48). (*Id.*). Plaintiff conferred in good faith with defendants prior to filing this motion, and defendants have consented to the motion to seal. (*Id.*).

**IT IS ORDERED** for good cause shown, the motion (Doc. 55) is **granted**. Defendants' Motion for Summary Judgment (Doc. 54) shall be filed under seal.

**IT IS SO ORDERED** this 14th day of June, 2018.

_____
C.J. Williams
Chief United States Magistrate Judge
Northern District of Iowa