IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> CRST INTERNATIONAL, INC., CRST EXPEDITED, INC., <br><br> Defendants. | No. 17-CV-129 LRR <br><br><br> **ORDER GRANTING MOTION FOR EXTENSION OF TIME** |

_____

Before the Court is plaintiff's Unresisted Motion to Extend the Date for Filing Summary Judgment Response, Expedited Relief Requested. (Doc. 58). Plaintiff's response is currently due June 29, 2018. Due to a death in the family, plaintiff is requesting a one week extension of time, to July 6, 2018, to file its response. Defendants do not resist this motion.

**IT IS ORDERED** for good cause and the reasons stated in the motion, the motion to extend time is **granted**. Plaintiff's response to defendants' motion for summary judgment is now due July 6, 2018. Defendants' reply is now due July 13, 2018.

**IT IS SO ORDERED** this 22nd day of June, 2018.

_____
C.J. Williams
Chief United States Magistrate Judge
Northern District of Iowa