# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA
### CEDAR RAPIDS DIVISION

| | | | |
|---|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>Plaintiff,<br>vs.<br>CRST INTERNATIONAL, INC. and CRST EXPEDITED, INC.,<br>Defendants. | **HEARING MINUTES**  Sealed:  No | | |
| | Case No.:  1:17-cv-129-LRR | | |
| | Presiding Judge:  C.J. Williams, Chief Magistrate | | |
| | Deputy Clerk:  Paul Coberly | | |
| | Court Reporter:  Kay Carr | | Contract?  Yes |

| Date: | 6/26/2018 | Start: | 11:00 AM | Adjourn: | 11:56 AM | Courtroom: | 3 | | |
|---|---|---|---|---|---|---|---|---|---|
| Recesses: | | -- | | | Time in Chambers: | | -- | Telephonic? | No |
| Appearances: | | Plaintiff(s): | Deborah Hamilton (via telephone) | | | | | | |
| | | Defendant(s): | Thomas D. Wolle and Lisa Stephenson (general counsel for CRST) | | | | | | |
| | | U.S. Probation: | -- | | | | | | |
| | | Interpreter: | -- | | Language: | -- | Certified: | -- | Phone: | -- |

| **TYPE OF PROCEEDING:** | **MOTION HEARING** | | | |
|---|---|---|---|---|
| | | Contested?  Yes | Continued from a previous date?  No | |
| **MOTION:** | **1.** | Motion to re-open depositions, set date for defendants to produce all responsive documents, and to extend filing deadline for summary judgment by EEOC | Doc. # | 52 |
| | Ruling: | Motion taken under advisement | Order to follow? | Yes |
| | **2.** | -- | Doc. # | |
| | Ruling: | | Order to follow? | |
| | **Witness/Exhibit List is** | N/A | | |
| | The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing.  Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7. | | | |
| | **Miscellaneous:** | Court hears argument regarding the motion. | | |

Case 1:17-cv-00129-LRR   Document 61   Filed 06/26/18   Page 1 of 1