# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

    Plaintiff,

vs.

CRST INTERNATIONAL, INC. and
CRST EXPEDITED, INC.,

    Defendants.

No. 17-CV-0129-LRR

**ORDER TO PRODUCE POST-DISCOVERY DOCUMENTS**

_____

Before the Court is plaintiff's Motion to Re-Open Depositions, Set a Date Certain for Defendants to Produce All Responsive Documents and to Extend the Filing Deadline for Summary Judgment Motions. (Doc. 52). Defendant timely filed its resistance. (Doc. 53).

The Court heard oral argument on the motion on June 26, 2018. The Court concluded that the parties' briefs and arguments lacked sufficient detail as to the content and potential impact of the information that was disclosed after the close of discovery. Thus, the Court requires the parties provide the Court with the following additional information:

**Plaintiff**

1. Provide to the Court as Exhibit G all documents that plaintiff received *after the close of discovery* that reference or are directly relevant to Leon Laferriere.

2. Provide to the Court as Exhibit H the portion of the deposition testimony of Ms. Karen Carlson regarding the Excel spreadsheet relating to CRST and service animals.

**Defendant**

1. Provide to the Court the above-referenced Excel spreadsheet. During the hearing, the Court granted defendants' oral motion to redact those portions of the spreadsheet unrelated to service animals.

2. Produce and provide to the Court the drivers' names whose applications were provided to plaintiff after the close of discovery. This document should include the names of *all* applicants for service animals that were provided to plaintiff *after the close of discovery*, not merely the names of those whose applications CRST received after April 13, 2018.

Accordingly no later than **July 3, 2018**, plaintiff (EEOC) and defendant (CRST Expedited, Inc.) shall provide their respective documents to this Court.

**IT IS SO ORDERED** this 27th day of June, 2018.

_____
C.J. Williams
Chief United States Magistrate Judge
Northern District of Iowa