IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>CRST INTERNATIONAL, INC.;<br>CRST EXPEDITED, INC.<br><br>　　　Defendants. | Civil Action No. 17 CV 00129-CJW |

## JOINT MOTION FOR ENTRY OF CONSENT DECREE

The parties, the United States Equal Employment Opportunity Commission, CRST International, Inc. and CRST Expedited, Inc. hereby jointly request that this Honorable Court enter the parties' proposed Consent Decree, which is attached as an Exhibit, by signing and providing a date on page 9 and on Exhibit B to the Decree. The Consent Decree will fully and finally resolve Case No. 17-cv-00129.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ *Laurie S. Elkin*
　　　　　　　　　　　　　　　　　　Laurie S. Elkin
　　　　　　　　　　　　　　　　　　Trial Attorney

　　　　　　　　　　　　　　　　　　U.S. Equal Employment Opportunity Commission
　　　　　　　　　　　　　　　　　　500 W. Madison St., Suite 2000
　　　　　　　　　　　　　　　　　　Chicago, Illinois 60661
　　　　　　　　　　　　　　　　　　(312) 869-8107
　　　　　　　　　　　　　　　　　　Laurie.Elkin@eeoc.gov